UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                       18-cr-100(PKC)

                -against-                                       ORDER

ABEL CORTEZ,

                              Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        Sentencing is adjourned from April 15, 2020 to July 17, 2020 at 11am.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
            March 17, 2020