UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                     18-cr-100 (PKC)

       -against-                                    ORDER

ABEL CORTEZ,

                      Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing originally scheduled for November 18, 2020 is adjourned to February 3, 2021 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                        United States District Judge

Dated:  New York, New York
          October 7, 2020