UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                  18-cr-100 (PKC)

        -against-                                                                        ORDER

ABEL CORTEZ,

                                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing originally scheduled for February 3, 2021 is adjourned to May 19, 2021 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                            P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
            January 7, 2021